THIS ORDER IS APPROVED.

Dated: September 27, 2022

**Brenda Moody Whinery, Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>TARA BROOKS,<br>    Debtor. | (Chapter 7 Case)<br>Case No. 4:20-bk-00333-BMW<br>*Adv. No. 4:22-ap-00189-BMW* |
| CONSTANTINO FLORES, CHAPTER 7 TRUSTEE,<br>    Plaintiff,<br>vs.<br>TARA BROOKS,<br>    Defendant. | **JUDGMENT** |

Upon the default of Tara Brooks ("**Defendant**") and good cause appearing therefor;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. Constantino Flores, Chapter 7 Trustee and Plaintiff herein, is hereby granted judgment against Defendant

2. Defendant's discharge is hereby revoked effective as of the date of this Judgment.

3. Directing the Clerk of the Court to give notice of this revocation to all creditors and parties-in-interest.

**SIGNED AND DATED ABOVE**